**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**<u>MEMPHIS</u> DIVISION**


UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                                      Case No. 2:09cr20314-2-RHC

MYKISHA WILLIAMS
    Defendant,

---

**ORDER GRANTING MOTION AND ORDERING**
**REFUND OF CASH APPEARANCE BOND**

---

       This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

       IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and, the Clerk is directed to issue a check on the Registry in the sum of $ <u>2,500.00</u>, payable to <u>Sherrie S. Johnson at the address on file with the court.</u> in full refund of the cash appearance bond posted herein.

                                                 S/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: June 12, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 12, 2012, by electronic and/or ordinary mail.

                                                                   S/Lisa Wagner  
                                                                   Case Manager and Deputy Clerk  
                                                                   (313) 234-5522

Approved.  
Thomas M. Gould, Clerk of Court

BY: s/ Sandra McClain  
      Deputy Clerk

Date: June 1, 2012